# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| Milkboy Center City LLC | : |
|     Appellant, | : |
|     v. | :   No. 21-1856 |
| The Cincinnati Insurance Co., et al. | : |
|     Appellees. | : |
| | : |

## Notice of Withdrawal of Appearance

**TO THE CLERK:**

Please withdraw the appearance of Mark R. Rosen on behalf of the plaintiff/appellant in the above-captioned matter. As of May 1, 2022, I will no longer be an attorney with the firm of Barrack, Rodos & Bacine and will therefore no longer work on this matter. Note that plaintiff/appellant continues to be represented by other listed members of this firm.

DATED: April 28, 2022

                                              /s/ Mark R. Rosen
                                              Mark R. Rosen
                                              **(PA Bar I.D. 31231)**
                                              **Barrack Rodos & Bacine**
                                              3300 Two Commerce Square
                                              2001 Market Street
                                              Philadelphia, PA 19103
                                              Telephone: (215) 963-0600
                                              Facsimile: (215) 963-0838
                                              E-mail: mrosen@barrack.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2022 a copy of the foregoing Notice of Withdrawal of Appearance was filed with the Court and served upon all parties of record via the Court's CM/ECF system.

>*/s/Mark R. Rosen*
>Mark R. Rosen